IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MELVIN A. PRINCE,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) CIVIL ACTION NO. 1:21-00110-N<br>) |
| KILOLO KIJAKAZI, *Acting*<br>*Commissioner of Social Security*,<br>    Defendant. | )<br>)<br>) |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff Melvin A. Prince and against the Defendant Commissioner of Social Security, in accordance with the Memorandum Opinion and Order entered on this date reversing the Commissioner's final decision denying Prince's application for Social Security benefits and remanding for further proceedings under sentence four of 42 U.S.C. § 405(g).

**DONE** this the 19th day of April 2022.

　　　　　　　　　　　　　　　　　*/s/ Katherine P. Nelson*
　　　　　　　　　　　　　　　　　**KATHERINE P. NELSON**
　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**